THE LAW OFFICES OF
# BRUCKNER BURCH PLLC
A REGISTERED PROFESSIONAL LIMITED LIABILITY COMPANY

1415 LOUISIANA ST., SUITE 2125
HOUSTON, TEXAS 77002

Richard J. (Rex) Burch
rburch@brucknerburch.com

(713) 877-8788 TELEPHONE
(713) 877-8065 TELECOPIER

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 4/2/10          │
└─────────────────────────────┘
```

March 30, 2010

The Honorable Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 650
New York, New York 10007

VIA FACSIMILE 212-805-7906

Re:    *Mohammed v. MJS Garage Management, Inc., et al.*, 08-CV-7060

Dear Judge Chin:

As the Court is aware, the parties reached a settlement in this matter. In response, the Court dismissed the matter with prejudice, but permitted the parties to "apply by letter within the thirty-day period for restoration of the action to the [Court's] calendar[.]" *See* Doc. 67 (noting if such an application is made, "the action will be restored"). Plaintiffs write to request the Court restore this matter to its calendar.

Plaintiffs make this request because this is a putative class action under Rule 23. The parties' settlement covers the entire putative class. Therefore, Plaintiffs must move for preliminary approval, notice to the class, and final approval of the parties' proposed settlement. FRCP 23(e). The Court will review each of these requests. *Id.* Plaintiffs will be filing a proposed schedule for each of the necessary events in the near future. However, at this time, Plaintiffs respectfully request this Court restore this matter to its calendar.

If the Court has any questions or comments, we are available at your Honor's convenience.

*[Handwritten: The case is hereby restored. So ORDERED.]*

Very truly yours,

/s/ Rex Burch

Richard J. (Rex) Burch
Counsel for Plaintiffs

cc:    defense counsel (via email)
       co-counsel (via email)

*[Signature]* USDJ 4/2/10